Filed April 25, 1894.

―――――――――――◆―――――――――――

No. 1,182.

## THE STATE *v.* DILLON.

EVIDENCE.—Where the evidence is not in the record, and there is nothing to show whether or not the instructions are applicable or relevant to the evidence, the case will not be reversed on the instructions, if, under any supposable case, the instructions might have been proper.

From the Rush Circuit Court.

*A. G. Smith,* Attorney-General, *F. W. Cady* and *D. L. Cady,* for State.

REINHARD, J.—The appellee was indicted, tried, and acquitted for obstructing a highway.

The State appeals under section 1915, R. S. 1894.

The questions attempted to be presented arise upon instructions given and refused. The evidence is not in the record, nor is there any statement in the bill of exceptions showing whether or not the instructions were applicable or relevant to the evidence.

If, under any supposable case, the ruling might have been proper, no error can be predicated thereon. We have examined the instructions, and can not say that, under the rule stated, any error was committed. For

aught that appears, there may not have been a syllable of testimony warranting a conviction. See *State* v. *Kern*, 127 Ind. 465.

Judgment affirmed.

GAVIN, J., did not participate in this decision.

Filed April 4, 1894.